Civil Action No.    **2:22-cv-01513-SMM**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **SWWOOP**
was recieved by me on **5/28/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Moved** after attempting service at **12329 West Flores Drive, El Mirage, AZ 85335**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 69.00** for services, for a total of **$ 69.00**.

I declare under penalty of perjury that this information is true.

Date:   05/30/2023

_____
*Server's signature*

**Ken Wright**
*Printed name and title*

**4810 W Beverly Ln
Glendale, AZ 85306**

_____
*Server's address*

Additional information regarding attempted service, etc:

**5/30/2023 12:35 PM: I spoke with an individual who identified themselves as the resident and they stated subject known but never resided.**

**White male stated the subject is his ex wife's boyfriend. Stated the subject is using his address without his consent. Subject lives in Gilbert or mesa.**



Tracking #: **0107512901**

