# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

Before the Court is a Motion to Withdraw as Attorney. (Doc. 33). Attorney Stacy Gibson seeks to withdraw as one of Plaintiffs' representatives. Plaintiffs continue to be represented by counsel of record within the same firm. Accordingly,

**IT IS ORDERED granting** the Motion to Withdraw as Attorney. (Doc. 33).

**IT IS FURTHER ORDERED withdrawing** Stacy Gibson as counsel of record for Plaintiffs. The Clerk of the Court is kindly directed to terminate Attorney Stacy Gibson as counsel of record.

Dated this 11th day of August, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge