1 Daniel Ford (Ark. Bar No. 2014162)
Sanford Law Firm, PLLC
2 Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
3 Little Rock, Arkansas 72211
(501) 221-0088
4 daniel@sanfordlawfirm.com

5 Attorney for Plaintiff

6            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA
7                    PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro Justin          NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   PItts, Each Individually and on Behalf of
10 All Others Similarly Situated,
                                              **FOURTH MOTION FOR
11                          Plaintiffs,       EXTENSION OF TIME FOR
                                              SERVICE OF PROCESS AND FOR
12          v.                                ALTERNATIVE SERVICE OF
                                              INDIVIDUAL DEFENDANT
13 Tri City Transport, LLC, SWWOOP,           MICHAEL BUTLER**
   LLC, and Michael Butler,
14
                            Defendants.

15      Plaintiffs, each individually and on behalf of all others similarly situated, by and

16 through undersigned counsel of Sanford Law Firm, PLLC, for their Fourth Motion for

17 Extension of Time for Service of Process and for Alternative Service of Individual

18 Defendant Michael Butler ("Motion"), state and allege as follows:

19      1.      Plaintiffs filed this action on September 8, 2022. *See* ECF No. 1. Plaintiffs

20 have been diligently pursuing service of a dodging Defendant ever since. *See* ECF No.

21 28.

22

1

2.      On December 6, 2022, this Court granted Plaintiff's Motion for Extension of Time for Service of Process, which extended the deadline to serve Defendants to March 13, 2023. *See* ECF No. 16.

3.      On March 13, 2023, this Court granted Plaintiff's Second Motion for Extension of Time for Service of Process, which further extended the deadline to serve Defendants to June 12, 2023. *See* ECF No. 23.

4.      On June 13, 2023, this Court granted Plaintiff's Third Motion for Extension of Time for Service of Process, which further extended the deadline to serve Defendants to September 10, 2023. *See* ECF No. 29.

5.      Plaintiffs served Defendants Tri City Transport, LLC, and SWWOOP, LLC, in accordance with A.R.S. § 29-3119(B), both of which are in default. *See* ECF No. 32.

6.      Individual Defendant Michael Butler ("Defendant Butler") remains unserved.

7.      The process server has made at least 2 additional attempts to serve Defendant Butler at two different addresses but has been unable to locate Defendant Butler.

8.      Plaintiffs request permission to serve Defendant Butler via an alternative method of service.

9.      Under Federal Rule of Civil Procedure 4(e)(1), an individual may be served by "following state law for serving a summons in an action brought in courts of

1   general jurisdiction in the state where the district court is located or where service is

2   made." Fed. R. Civ. P. 4(e)(1).

3       10.     Defendant Butler is believed to be in Maricopa County, Arizona.

4       11.     In Arizona, if a party can show that the normal methods of service are

5   impracticable, they may serve the non-responsive party by "mail[ing] the summons, the

6   pleading being served, and any court order authorizing an alternative means of service

7   to the last-known business or residential address of the person being served." Ariz. R.

8   Civ. P. 4(k)(2).

9       12.     Parties in Arizona can also serve by publication if shown "that the service

10  provided by Rule 4.1(c) through 4.1(k) – including an alternative means of service is

11  impracticable, the court may, on motion and without notice to the person served, order

12  that service be accomplished by publication." Ariz. R. Civ. P. 4(l)(1).

13      13.     Because Plaintiffs have been unable to locate a valid residential address

14  for Defendant Butler, making service by mail impracticable, Plaintiffs request

15  permission to serve Defendant Butler by publication in accordance with Ariz. R. Civ. P.

16  4(l); supported by the attached affidavit marked as Exhibit 1; and on approval of the

17  language for the published notice attached as Exhibit 2.

18      14.     Plaintiffs seek to publish a copy of Exhibit 2 once a week for four weeks

19  in a Newspaper whose circulation includes Maricopa, Yuma, and Yavapai Counties.

20      15.     For good cause shown, Plaintiffs seek a 60-day extension to allow for the

21  publication process.

22

1      16.     Plaintiffs make this request in good faith; this motion is made for good

2   cause and not for the purpose of delay.

3      17.     Defendants will not be harmed or prejudiced if this Court grants the relief

4   requested herein.

5          WHEREFORE, premises considered, Plaintiffs respectfully pray that this Court

6   grant this Motion allowing for service by publication and extending Plaintiffs' time to

7   serve Defendants, up to and including November 7, 2023.

8          DATED this 8th day of September, 2023.

9                                          Daniel Ford
                                           Ark. Bar No. 2014162
10                                         daniel@sanfordlawfirm.com

11

12

13

14

15

16

17

18

19

20

21

22