Daniel Ford (Ark. Bar No. 2014162)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(800) 615-4946
daniel@sanfordlawfirm.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Potts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME FOR SERVICE AND FOR ALTERNATIVE SERVICE OF DEFENDANT** |

I, Daniel Ford, do hereby swear and affirm as follows:

1. I am the attorney of record for Plaintiffs in the above titled action.

2. On December 5, 2022, Plaintiffs filed their first motion for extension of time for service, which was granted and the service deadline was delayed until March 13, 2023.

1

3. On March 9, 2023, Plaintiffs filed their second motion for extension of time for service, which was granted and the deadline for service was delayed until June 12, 2023.

4. On June 12, 2023, Plaintiffs filed their third motion for extension of time for service, which was granted and the deadline for service was delay until September 10, 2023.

5. Plaintiffs served Defendants Tri City Transport, LLC, and SWWOOP, LLC, in accordance with A.R.S. § 29-3119(B), both of which are in default.

6. The Process server has made eighteen attempts at serving Defendant Michael Butler at 11 different addresses.

7. All of the attempts at service so far have been unsuccessful.

8. Plaintiffs have exhausted all addresses that have been provided or discovered.

9. It is my belief that service by publication is the last remaining and best available means to put the individual Defendant Michael Butler on notice of the action against him.

**FURTHER AFFIANT SAYETH NOT.**

/s/ [signature]
Daniel Ford
Declarant

```
 1    SUBSCRIBED AND SWORN to before me this  8th day of September, 2023.
 2                                                  _____
                                                         NOTARY PUBLIC
 3
 4
 5          MY COMMISSION EXPIRES:  9/12/31
 6
 7
 8                  [Notary Seal: SEAN SHORT
 9                   NOTARY PUBLIC #12715830
10                   EXPIRES 9/12/2031
                     PULASKI COUNTY, ARKANSAS]
11
12
13
14
15
16
17
18
19
20
21
22
```