IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Potts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**NOTICE BY PUBLICATION** |

1. The above-captioned civil action is now pending against Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler, in the United States District Court for the District of Arizona. A copy of the complaint may be examined by interested parties online via PACER. Defendants Tri City Transport, LLC, and SWWOOP, LLC, are in default and may soon have a default judgment entered against them. An attorney representing the individual Defendant Michael Butler must file an Answer to the Complaint in the United States District Court for the District of Arizona on or before _____, the failure of which may result in a default entered against individual Defendant Butler, as well.

PER ORDER OF THE COURT

_____, Clerk

| | |
|---|---|
| 1 | United States District Court |
| 2 | District of Arizona |
| 3 | |
| 4 | Sandra Day O'Connor United States Courthouse |
| 5 | 401 W. Washington St., Suite 130, SPC 1 |
| 6 | Phoenix, AZ 85003 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |