IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler<br><br>Defendants | No. CV-22-1513-PHX-SMM<br><br>**ORDER GRANTING FOURTH MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR ALTERNATIVE SERVICE OF INDIVIDUAL DEFENDANT MICHAEL BUTLER** |

NOW on the date set forth below, upon review of Plaintiffs' Fourth Motion for Extension of Time for Service of Process and For Alternative Service of Individual Defendant Michael Butler (ECF No. 35), this Court orders as follows:

1.   Plaintiffs' Fourth Motion for Extension of Time for Service of Process and for Alternative Service of Individual Defendant Michael Butler (ECF No. 35) is hereby GRANTED.

DATED this __ day of September, 2023.

1

2   **HON. STEPHEN M. MCNAMEE**
    **UNITED STATES DISTRICT JUDGE**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22