1  Daniel Ford (Ark. Bar No. 2014162)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 221-0088
4  daniel@sanfordlawfirm.com

5  Attorneys for Plaintiff

6               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ARIZONA
7                          PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro Justin            NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,
                                               **MOTION TO WITHDRAW—**
11              Plaintiffs,                    **ATTORNEY DANIEL FORD**

12         v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,
14
                Defendants.

15      1.     Attorney Daniel Ford, an attorney of record herein, for his Motion to

16 Withdraw as counsel for Plaintiffs, states as follows:

17      2.     The undersigned has resigned as a member of the Sanford Law Firm,

18 PLLC, effective October 6, 2023.

19      3.     Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC,

20 who have entered an appearance herein will remain counsel for Plaintiffs.

21

22

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Daniel Ford withdrawn and terminated as counsel for Plaintiffs.

DATED this ___th day of October, 2023.

          Daniel Ford
          Ark. Bar No. 2014162
          daniel@sanfordlawfirm.com