1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

6

7

Todd Heichel, Rudy Castro Justin
Garmendia, Joshua Holgate and Randi

8

Pitts, Each Individually and on Behalf of
All Others Similarly Situated,

9

Plaintiffs,

10

11

v.

12

Tri City Transport, LLC, SWWOOP,
LLC, and Michael Butler,

13

Defendants.

NO. 2:22-cv-1513-PHX-SMM

**ORDER GRANTING MOTION TO
WITHDRAW AS ATTORNEY**

14    NOW on the date set forth below, upon review of Attorney Daniel Ford's Motion

15  to Withdraw as Attorney (ECF No. 33), this Court orders as follows:

16    1.    Mr. Ford's Motion to Withdraw as Attorney (ECF No. 37) is hereby

17  GRANTED.

18    DATED this ___ day of October, 2023.

19

20

**HON. STEPHEN M. MCNAMEE
UNITED STATES DISTRICT JUDGE**

21

22

1