# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Motion to Withdraw filed by Attorney Daniel Ford (Doc. 37), requesting withdrawal as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by other counsel of record at the same law firm. The Court finds that the Motion meets the requirements set forth in Local Rule 83.3(b) and will grant the withdrawal.

Pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure,

**IT IS ORDERED granting** the Motion to Withdraw. (Doc. 37).

**IT IS FURTHER ORDERED withdrawing** Daniel Ford as counsel of record for Plaintiffs. The Clerk of the Court is kindly instructed to terminate and remove Daniel Ford from the electronic certificate of mailing.

Dated this 10th day of October, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge