IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler<br><br>Defendants | No. CV-22-1513-PHX-SMM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE INDIVIDUAL DEFENDANT MICHAEL BUTLER VIA PUBLICATION** |

NOW on the date set forth below, upon review of Plaintiffs' Motion for Extension of Time for to Serve Individual Defendant Michael Butler via Publication (ECF No. 39), this Court orders as follows:

1. Plaintiffs' Motion for Extension of Time for to Serve Individual Defendant Michael Butler via Publication (ECF No. 39) is hereby GRANTED.

2. Plaintiffs shall have up to and including December 22, 2023 to serve Individual Defendant Michael Butler via publication.

1  DATED this __ day of November, 2023.

2

3                                         _____
                                          **HON. STEPHEN M. MCNAMEE**
                                          **UNITED STATES DISTRICT JUDGE**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22