IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Extend Time to Serve Individual Defendant Michael Butler Via Publication. (Doc. 39). Plaintiffs seek an additional 45 days to serve Defendant Michael Butler via publication due to a miscommunication regarding the duration of the newspaper's publication of the Notice. For good cause shown,

**IT IS ORDERED granting** the Motion. (Doc. 39).

**IT IS FURTHER ORDERED allowing** Plaintiffs up to and including December 22, 2023 to effect service on Defendant Michael Butler through publication.

Dated this 7th day of November, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge