# THE ARIZONA REPUBLIC

PO Box 194, Phoenix, Arizona 85001-0194

Phone 1-602-444-7315    Fax 1-877-943-0443

This is not an invoice

PNI-Arizona Republic    **AFFIDAVIT OF PUBLICATION**

**SANFORD LAW FIRM**
**10800 FINANCIAL CENTRE PKWY #510**
**LITTLE ROCK, AR 72211-3518**

IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION
NO. 2:22-cv-1513-PHX-SMM
NOTICE BY PUBLICATION
Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Potts, Each Individually and on Behalf of All Others Similarly Situated, Plaintiffs,
v.
Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler, Defendants.
1. The above-captioned civil action is now pending against Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler, in the United States District Court for the District of Arizona. A copy of the complaint may be examined by interested parties online via PACER. Defendants Tri City Transport, LLC, and SWWOOP, LLC, are in default and may soon have a default judgment entered against them. An attorney representing the individual Defendant Michael Butler must file an Answer to the Complaint in the United States District Court for the District of Arizona on or before 17th of December, 2023, the failure of which may result in a default entered against individual Defendant Butler, as well.
PER ORDER OF THE COURT, Clerk
United States District Court
District of Arizona
Sandra Day O'Connor United States Courthouse
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003
Pub: Nov. 17, 24, Dec. 1, 8, 2023

**This is not an invoice**

Order # 0005858114    # of Affidavits 1

P.O #

**Issues Dated:**

11/17/23, 11/24/23, 12/01/23, 12/08/23

**STATE OF WISCONSIN**
**COUNTY OF BROWN** } SS.

I, being first duly sworn, upon oath deposes and says: That I am the legal clerk of the Arizona Republic, a newspape of general circulation in the counties of Maricopa, Coconino, Pima and Pinal, in the State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper in the issue(s) dated indicated.

*Keegan Moran*
Sworn to before me this
8 TH day of
DECEMBER 2023

*Vicky Felty*
Notary Public
My Commission expires: 9/9/25

VICKY FELTY
Notary Public
State of Wisconsin