Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**MOTION FOR CLERK'S ENTRY OF DEFAULT REGARDING SEPARATE DEFENDANT MICHAEL BUTLER** |

Plaintiffs Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, by and through their attorney Samuel Brown of Sanford Law Firm, PLLC, for their Motion for Clerk's Entry of Default Regarding Separate Defendant Michael Butler (hereinafter "Butler"), do hereby state and allege as follows:

1. Plaintiffs filed their Original Complaint against Defendants on September 8, 2022. *See* ECF No. 1.

2. On September 11, 2023, this Court granted Plaintiffs' Motion for Alternative Service of Individual Michael Butler, allowing Plaintiffs to serve Butler by publication pursuant to Ariz. R. Civ. P. 4(l)(1). *See* ECF No. 36.

3. In accordance with this Court's September 11th Order and Ariz. R. Civ. P. 4(l)(1), around October 12, 2023, Plaintiffs' counsel approached a newspaper whose circulation includes Maricopa, Yuma, and Yavapai Counties for purposes of publishing the required Notice for four successive weeks. The Notice was published consecutively during the weeks of November 17, 2023, November 24, 2023, December 1, 2023, and December 8, 2023.

4. On December 21, 2023, Plaintiffs' counsel filed a copy of an affidavit from the newspaper describing the Notice and the dates it was published. *See* ECF No. 41.

5. Butler's deadline for filing and serving an Answer or Motion to Dismiss has passed.

6. Butler has not filed or served an Answer or Motion to Dismiss in accordance with Rule 12(a)(1) of the FRCP. *See* Declaration of Samuel Brown ¶ 4, attached herein as Exhibit 1.

7. No extension for Butler to file or serve a proper Answer or Motion to Dismiss has been requested or granted. *Id.* at ¶ 5.

8. Butler is not in active military service. *See* Declaration of Samuel Brown ¶ 6, attached hereto as Exhibit 1. 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendant.

9. Butler is in default, and the Clerk should enter their default as mandated by Rule 55(a).

WHEREFORE, premises considered, Plaintiffs respectfully request that the Clerk enter the default of separate Defendant Michael Butler, and that the Court award all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

DATED this 22nd day of February, 2024.

                        Samuel Brown
                        Ark. Bar No. 2020210
                        samuel@sanfordlawfirm.com