1  Samuel Brown (Ark. Bar No. 2020210)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  samuel@sanfordlawfirm.com

5  Attorney for Plaintiffs

6              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ARIZONA
7                         PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro, Justin                 NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,                    **DECLARATION OF**
                                                    **SAMUEL BROWN**
11                    Plaintiffs,

12        v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,
14
                      Defendants.

15     Attorney Samuel Brown hereby states on oath as follows:

16     1.     I am over the age of 18 and legally qualified to execute this Declaration.

17     2.     I am admitted to practice law by the Arkansas Supreme Court and the

18 United States District Court for the Eastern and Western Districts of Arkansas. I was

19 admitted *pro hac vice* for this case by the District of Arizona on October 6, 2023.

20

21

22

3. I am the attorney for Plaintiffs Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate, Randi Pitts, and several other individuals who have filed consents to join this lawsuit.

4. As of the filing of Plaintiff's Motion for Clerk's Entry of Default, I have received no responsive pleading or motion to dismiss relating to this lawsuit from or on behalf of Defendant Michael Butler.

5. I have granted no extension of any kind to the above-mentioned Defendant.

6. On February 21, 2024, an attorney with the Sanford Law Firm submitted a record request for Defendant Michael Butler on the Servicemembers Civil Relief Act ("SCRA") Website, https://scra.dmdc.osd.mil/scra/#/single-record, and the Status Report that he received in response to his request from the Department of Defense Manpower Data Center confirmed that individual Defendant Michael Butler is not an active duty servicemember of any branch of the United States Uniformed Services.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

DATED this 22nd day of February 2024.

*s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com