# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | NO. CV-22-01513-PHX-SMM |
| Plaintiffs, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Tri City Transport LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Michael Butler. DEFAULT ENTERED this 23rd day of February, 2024.

Debra D. Lucas
District Court Executive/Clerk of Court

February 23, 2024

By    s/ Erica Aragon
      Deputy Clerk