# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

This matter is before the Court on its own review of the docket. The Court notes that default was entered as to Defendants Tri City Transport, LLC and Swwoop, LLC on August 2, 2023 and as to Defendant Michael Butler on February 23, 2024. No motions for default judgment have been made. Accordingly,

**IT IS ORDERED** that Plaintiffs must file a Status Report on or by August 9, 2024 advising the Court on why no motions for default judgment have been made.

**IT IS FURTHER ORDERED** that if no Status Report has been filed by August 9, 2024, this case will be dismissed without further notice.

Dated this 29th day of July, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge