Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**STATUS REPORT** |

Plaintiff Todd Heichel et al., by and through their respective undersigned counsel, submit the following Status Report:

1. On July 29, 2024, this Court ordered Plaintiffs to file a status report on or before August 9 advising the Court on why no motions for default judgment have been filed. ECF No. 44.

1

2. This Status Report is to inform the Court that Plaintiffs are in the process of gathering evidence, calculating damages, drafting a Motion for Default Judgment, and refining Declarations in support thereof. This process has been lengthy due to Plaintiffs' various lengths of employment, mileage rates, estimated miles driven, and frequency and amount of wages paid.

3. Plaintiffs anticipate filing their Motion for Default Judgment within 30 days of the filing of this Status Report. Accordingly, Plaintiffs request the Court to leave this matter open to allow for the filing of their Motion.

DATED this 7th day of August 2024.

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com