IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

The Court has reviewed the Status Report filed on August 7, 2024 (Doc. 45). Plaintiffs request an extension of 30 days to file their Motion for Default Judgement.

IT IS ORDERED that Plaintiffs file their Motion for Default Judgment no later than September 6, 2024, or this case will be dismissed without further notice.

Dated this 7th day of August, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge