Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**MOTION TO WITHDRAW— ATTORNEY SAMUEL BROWN** |

1. Attorney Samuel Brown, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

2. The undersigned has resigned as a member of the Sanford Law Firm, PLLC.

3. Sean Short of the Sanford Law Firm, PLLC, who has entered an appearance herein will remain counsel for Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Samuel Brown withdrawn and terminated as counsel for Plaintiffs.

DATED this 30th day of August, 2024.

                                        Samuel Brown
                                        Ark. Bar No. 2020210
                                        samuel@sanfordlawfirm.com