IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** |

NOW on the date set forth below, upon review of Attorney Samuel Brown's Motion to Withdraw as Attorney (ECF No. 47), this Court orders as follows:

1. Mr. Brown's Motion to Withdraw as Attorney (ECF No. 47) is hereby GRANTED.

DATED this ___ day of August, 2024.

_____
**HON. STEPHEN M. MCNAMEE**
**UNITED STATES DISTRICT JUDGE**

1