|  |  |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. |  |
| Tri City Transport LLC, et al., |  |
| Defendants. |  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pending before the Court is the Motion to Withdraw-Attorney Samuel Brown (Doc. 47), requesting withdrawal of attorney Samuel Brown as counsel of record for Plaintiffs. Attorney Samuel Brown has resigned as a member of Sanford Law Firm, PLLC. Attorney Sean Short of Sanford Law Firm, who has entered an appearance, will remain counsel for Plaintiffs. Because Plaintiffs will continue to be represented by the remaining attorney of record, the withdrawal will be granted.

Pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure,

///
///
///
///
///
///
///

**IT IS ORDERED granting** the motion (Doc. 47) and that attorney Samuel Brown is relieved of any further representation of Plaintiffs in this case. The Clerk of the Court is kindly instructed to terminate Samuel Brown as counsel of record and remove his names from the electronic certificate of mailing.

Dated this 3rd day of September, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge