Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF TODD HEICHEL** |

I, Todd Heichel, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Todd Heichel, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arizona.

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from March to April of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Defendants told me that they would pay me $1 per mile driven, regardless of how many hours I worked each week.

6. In reality, I was paid approximately $500.00 each week.

7. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

8. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

9. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove. I completed approximately 2 deliveries per hour while working with a typical delivery having an average distance of 13 miles.

10. During my time working for Defendants, I was expected to be available for deliveries between the hours of 6 AM and 6 PM, Monday through Saturday of every week. I could not decline delivery assignments during this time, and Defendants told me that if I did decline an assignment during this time I would be disciplined or fired.

Doc ID: 3628a25bc4ec9795abf46a895be612ef7649a0d2

11.     While making deliveries I averaged 2 deliveries an hour with an average distance of 13 miles round trip.

12.     I frequently worked hours over 40 in a week and did not receive an overtime premium.

13.     As a result of the lack of overtime premium as well as the unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum and overtime wages guaranteed to me by the FLSA.

14.     Defendants did not pay me my final paycheck.

15.     Defendant owes me a total of $29,450.01 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $9,816.67 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 14 day of August, 2024.

_____
**TODD HEICHEL**

| Date | Total Estimated Miles | Total Deliveries | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/22 | 1872 | 144 | 72 | $500.00 | $12.80 | 0.585 | $1,095.12 | $0.00 | $204.80 | $204.80 | $614.40 |
| 3/13/22 | 1872 | 144 | 72 | $500.00 | $12.80 | 0.585 | $1,095.12 | $1,516.72 | $204.80 | $1,721.52 | $5,164.56 |
| 3/20/22 | 1872 | 144 | 72 | $500.00 | $12.80 | 0.585 | $1,095.12 | $1,516.72 | $204.80 | $1,721.52 | $5,164.56 |
| 3/27/22 | 1872 | 144 | 72 | $500.00 | $12.80 | 0.585 | $1,095.12 | $1,516.72 | $204.80 | $1,721.52 | $5,164.56 |
| 4/3/22 | 1872 | 144 | 72 | $500.00 | $12.80 | 0.585 | $1,095.12 | $1,516.72 | $204.80 | $1,721.52 | $5,164.56 |
| 4/10/22 | 2734 | 210 | 72 | $0.00 | $12.80 | 0.585 | $1,599.39 | $2,520.99 | $204.80 | $2,725.79 | $8,177.37 |
| | | | | | | | | $8,587.87 | $1,228.80 | $9,816.67 | $29,450.01 |