1  Samuel Brown (Ark. Bar No. 2020210)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  samuel@sanfordlawfirm.com

5  Attorney for Plaintiffs

6              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
7                      PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro, Justin           NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,
                                               **DECLARATION OF**
11                     Plaintiffs,             **RUDY CASTRO**

12         v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,
14
                       Defendants.
15

16     I, Rudy Castro, do hereby swear, affirm, and attest as follows, based upon my

17 personal knowledge of the matters contained herein:

18     1.    My name is Rudy Castro, and I am over the age of 18 and duly qualified

19 to execute this declaration.

20     2.    I am a resident and domiciliary of the State of Arizona.

21

22

1

Doc ID: 109be2a0dc2d04b228e793d708b89b57cb69875a

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from May, 2022 through June, 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Michael Butler informed me that I would be paid $1.25 per mile driven.

6. Instead, Defendants paid me nothing whatsoever for my work.

7. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

8. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

9. I drove approximately 500 miles per week and worked 60 hours per week while working for Defendants.

10. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove. I completed approximately 2 deliveries per hour while working with a typical delivery anywhere from 1 to 100 miles away.

11. During my time working for Defendants, I was expected to be available for deliveries between the hours of 5 AM and 9 PM, Monday through Sunday of every week.

Doc ID: 109be2a0dc2d04b228e793d708b89b57cb69875a

12. I frequently worked hours over 40 in a week and did not receive sufficient overtime premium because of the unreimbursed mileage expenses.

13. As a result of the unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum and overtime wages guaranteed to me by the FLSA.

14. Defendant owes me a total of $32,089.50 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $10,696.50 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this  14  day of August, 2024.

_____
**RUDY CASTRO**

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 5/8/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 5/15/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 5/22/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 5/29/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 6/5/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 6/12/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 6/19/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
| 6/26/22 | 500 | 60 | $0.00 | $12.80 | 0.585 | $292.50 | $1,060.50 | $128.00 | $1,188.50 | $3,565.50 |
|  |  |  |  |  |  |  | $9,544.50 | $1,152.00 | $10,696.50 | $32,089.50 |