Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF JUSTIN GARMENDIA** |

I, Justin Garmendia, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Justin Garmendia, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arizona.

Doc ID: b42d055031e77916e9b4c961b0af65f6aef911c4

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from April to June of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Defendants provided me with a car for purposes of performing my work duties. However, I had to pay for my own gas.

6. Michael Butler informed me that I would be paid $1.00 per mile driven.

7. Instead, Defendants paid me approximately $600.00 as gas reimbursement and nothing for wages.

8. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

9. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

10. I drove approximately 1200 miles per week and worked 80 hours per week while working for Defendants.

11. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove. I completed approximately 2 deliveries per hour while working with deliveries anywhere from 16 to 120 miles away.

Doc ID: b42d055031e77916e9b4c961b0af65f6aef911c4

12. I frequently worked hours over 40 in a week.

13. As a result of the unpaid overtime premium as well as unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum and overtime wages guaranteed to me by the FLSA.

14. Defendants owe me a total of $30,720.00 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $10,240.00 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this  19  day of August, 2024.

_____
**JUSTIN GARMENDIA**

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 4/30/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 5/7/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 5/14/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 5/21/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 5/28/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 6/4/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| 6/11/22 | 1200 | 80 | $0.00 | $12.80 | | 0 | $0.00 | $1,024.00 | $256.00 | $1,280.00 | $3,840.00 |
| | | | | | | | | $8,192.00 | $2,048.00 | $10,240.00 | $30,720.00 |