Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF SHAVALE EVISON** |

I, Shavale Evison, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Shavale Evison, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Nevada.

1

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from November of 2022 to January of 2023. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

6. Defendants paid me very little for my work, amounting to one $800 payment.

7. I drove a company vehicle, but I was required to pay for gas.

8. I worked approximately 60 hours in a week and did not receive sufficient minimum wages or overtime premium.

9. Defendants owe me a total of $24,796.50 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $8,265.50 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this <u>17</u> day of August, 2024.

*/s/ Shavale Evison*
_____
**SHAVALE EVISON**

| Date | Total Hours | Total Pay | Minimum Wage | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|
| 11/1/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 11/8/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 11/15/22 | 60 | $800.00 | $12.80 | $0.00 | $128.00 | $128.00 | $384.00 |
| 11/22/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 11/29/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 12/6/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 12/13/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 12/20/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 12/27/22 | 60 | $0.00 | $12.80 | $768.00 | $128.00 | $896.00 | $2,688.00 |
| 1/3/23 | 60 | $0.00 | $13.85 | $831.00 | $138.50 | $969.50 | $2,908.50 |
| | | | | $6,975.00 | $1,290.50 | $8,265.50 | $24,796.50 |