1  Samuel Brown (Ark. Bar No. 2020210)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  samuel@sanfordlawfirm.com

5  Attorney for Plaintiffs

6          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ARIZONA
7                  PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro, Justin         NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,

                                             **DECLARATION OF**
11                         Plaintiffs,       **ROSCOE BUTTERFIELD**

12            v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,

14
                           Defendants.

15

16      I, Roscoe Butterfield, do hereby swear, affirm, and attest as follows, based upon

17  my personal knowledge of the matters contained herein:

18      1.      My name is Roscoe Butterfield, and I am over the age of 18 and duly

19  qualified to execute this declaration.

20      2.      I am a resident and domiciliary of the State of Arizona.

21

22

1

3.     I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from November of 2022 to December of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4.     I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5.     I was informed that I would be paid $1.00 per mile driven with a passenger.

6.     Instead, Defendants paid me nothing whatsoever for my work.

7.     As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

8.     I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

9.     I drove approximately 1000 miles per week and worked 33 hours per week while working for Defendants.

10.     I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove.

11.     As a result of the unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum wages guaranteed to me by the FLSA.

2

1    12.    Defendant owes me a total of $15,711.00 which is shown by a calculation

2    of damages that is submitted as Exhibit 1. I am owed $5,237.00 in back wages for unpaid

3    minimum wages, and under the liquidated damages provisions of the Fair Labor

4    Standards Act, I am owed an equal amount in liquidated damages. In addition, under

5    Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

6    **PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF**

7    **PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA**

8    **THAT THE FOREGOING IS TRUE AND CORRECT.**

9        Executed this 23 day of August, 2024.

10

11       **ROSCOE BUTTERFIELD**

12

13

14

15

16

17

18

19

20

21

22

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/22 | 1000 | 33 | $0.00 | $12.80 | 0.625 | $625.00 | $1,047.40 | $0.00 | $1,047.40 | $3,142.20 |
| 11/8/22 | 1000 | 33 | $0.00 | $12.80 | 0.625 | $625.00 | $1,047.40 | $0.00 | $1,047.40 | $3,142.20 |
| 11/15/22 | 1000 | 33 | $0.00 | $12.80 | 0.625 | $625.00 | $1,047.40 | $0.00 | $1,047.40 | $3,142.20 |
| 11/22/22 | 1000 | 33 | $0.00 | $12.80 | 0.625 | $625.00 | $1,047.40 | $0.00 | $1,047.40 | $3,142.20 |
| 11/29/22 | 1000 | 33 | $0.00 | $12.80 | 0.625 | $625.00 | $1,047.40 | $0.00 | $1,047.40 | $3,142.20 |
|  |  |  |  |  |  |  | $5,237.00 | $0.00 | $5,237.00 | $15,711.00 |