Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF KARLY HERNANDEZ** |

I, Karly Hernandez, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Karly Hernandez, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arizona.

1

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from March to November of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

6. Defendants originally paid me $1 per mile driven while a client was in the car for the first 3 months and then $1.10 thereafter, regardless of how many hours I worked each week.

7. Defendants did not pay me my paychecks for my final month of work.

8. I worked approximately 35 hours per week throughout my employment, except for my last week, in which I only worked five hours.

9. I am entitled to the applicable Arizona minimum wage for all hours I worked for Defendants during my final month of work.

10. Defendants owe me a total of $1,856.00 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $5,568.00 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

1  **PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF**
2  **PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA**
3  **THAT THE FOREGOING IS TRUE AND CORRECT.**

4  Executed this  21  day of August, 2024.

5  _____
   **KARLY HERNANDEZ**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Doc ID: c3c53e3eb53350c9b5fa0fd026ffc2a809b98dab

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/20/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/27/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/3/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/10/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/17/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/24/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/1/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/8/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/15/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/22/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/29/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/5/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/12/22 | 800 | 35 | $800.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/19/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/26/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/3/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/10/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/17/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/24/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/7/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/14/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/21/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/28/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/4/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/11/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/18/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/25/22 | 800 | 35 | $880.00 | $12.80 | 0.585 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/2/22 | 801.1 | 35 | $0.00 | $12.80 | 0.625 | $0.00 | $448.00 | $0.00 | $448.00 | $1,344.00 |
| 10/9/22 | 1158.89 | 35 | $0.00 | $12.80 | 0.625 | $0.00 | $448.00 | $0.00 | $448.00 | $1,344.00 |
| 10/16/22 | 505.09 | 35 | $0.00 | $12.80 | 0.625 | $0.00 | $448.00 | $0.00 | $448.00 | $1,344.00 |
| 10/23/22 | 836.93 | 35 | $0.00 | $12.80 | 0.625 | $0.00 | $448.00 | $0.00 | $448.00 | $1,344.00 |
| 10/30/22 | 62.22 | 5 | $0.00 | $12.80 | 0.625 | $0.00 | $64.00 | $0.00 | $64.00 | $192.00 |
| | | | | | | | $1,856.00 | $0.00 | $1,856.00 | $5,568.00 |