1  Samuel Brown (Ark. Bar No. 2020210)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  samuel@sanfordlawfirm.com

5  Attorney for Plaintiffs

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA
7  PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro, Justin                NO. 2:22-cv-1513-PHX-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,
                                                    **DECLARATION OF**
11                    Plaintiffs,                   **DOMINGO LIMON**

12            v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,
14
                      Defendants.
15

16      I, Domingo Limon, do hereby swear, affirm, and attest as follows, based upon

17 my personal knowledge of the matters contained herein:

18      1.    My name is Domingo Limon, and I am over the age of 18 and duly

19 qualified to execute this declaration.

20      2.    I am a resident and domiciliary of the State of Arizona.

21

22

1

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from March of 2022 to December 4, 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Defendants paid me $1.10 per mile driven, regardless of how many hours I worked each week.

6. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

7. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

8. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove while in my own vehicle. Accordingly, Defendants received an unlawful "kickback" equal to the applicable IRS reimbursement rate multiplied by the number of miles I drove per week.

9. During my time working for Defendants, I was expected to be available for deliveries between the hours of 2:30 AM and 6:30 PM, every day of the week. I could not decline delivery assignments during this time, and Defendants told me that if I did decline an assignment during this time I would be disciplined or fired.

1    10.    While making deliveries I completed approximately 14 deliveries per day, split between in-town deliveries and out-of-town deliveries. I averaged 6 deliveries a day in town and 8 deliveries a day out of town. The average in-town delivery was between 5 and 9 miles and the average out-of-town delivery was between 35 and 50 miles, or approximately 400 miles per day in total.

11.    I frequently worked hours over 40 in a week and did not receive an overtime premium. Accordingly, I am owed an overtime premium rate equal to half my regular rate of pay for all hours worked over 40 during my time working for Defendants.

12.    Defendant owes me a total of $51,156.00 which is shown by a calculation of damages that is submitted as Exhibit 1 to my Declaration. I am owed $17,052.00 in back wages for unpaid overtime premiums, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 4th day of September, 2024.

_____
**DOMINGO LIMON**

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 3/13/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 3/20/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 3/27/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 4/3/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 4/10/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 4/17/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 4/24/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 5/1/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 5/8/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 5/15/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 5/22/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 5/29/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 6/5/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 6/12/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 6/19/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 6/26/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 7/3/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 7/10/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 7/17/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 7/24/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 7/31/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 8/7/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 8/14/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 8/21/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 8/28/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 9/4/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 9/11/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 9/18/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 9/25/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 10/2/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 10/9/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 10/16/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 10/23/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 10/30/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 11/6/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 11/13/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 11/20/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 11/27/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| 12/4/22 | 2800 | 98 | $3,080.00 | $12.80 | 0.585 | $1,638.00 | $0.00 | $426.30 | $426.30 | $1,278.90 |
| | | | | | | | $0.00 | $17,052.00 | $17,052.00 | $51,156.00 |