Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF CASSIDY DORIUS** |

I, Cassidy Dorius, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Cassidy Dorius, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arizona.

1

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from October of 2021 to April of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Defendants paid me $0.80 per mile driven, regardless of how many hours I worked each week.

6. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

7. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

8. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove.

9. During my time working for Defendants, I was expected to be available for deliveries between the hours of 3 AM and 9 PM, Monday through Saturday of every week and sometimes Sunday as well. I could not decline delivery assignments during this time, and Defendants told me that if I did decline an assignment during this time I would be disciplined or fired.

10. I frequently worked hours over 40 in a week and did not receive an overtime premium for these hours.

11. Defendants also failed to pay me any mileage reimbursement beyond the standard 80 cents per mile pay I received.

12. As a result of the unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum and overtime wages guaranteed to me by the FLSA.

13. Defendants did not pay me my final paycheck.

14. Defendants owe me a total of $73,712.63 which is shown by a calculation of damages that is attached to my declaration. I am owed $24,570.88 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 14 day of August, 2024.

*Cassidy dorius*
_____
**CASSIDY DORIUS**

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.585 | $1,053.00 | $637.00 | $256.00 | $893.00 | $2,679.00 |
| 10/8/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.585 | $1,053.00 | $637.00 | $256.00 | $893.00 | $2,679.00 |
| 10/15/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.585 | $1,053.00 | $637.00 | $256.00 | $893.00 | $2,679.00 |
| 10/22/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.585 | $1,053.00 | $637.00 | $256.00 | $893.00 | $2,679.00 |
| 10/29/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.585 | $1,053.00 | $637.00 | $256.00 | $893.00 | $2,679.00 |
| 11/5/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 11/12/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 11/19/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 11/26/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 12/3/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 12/10/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 12/17/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 12/24/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 12/31/21 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 1/7/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 1/14/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 1/21/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 1/28/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 2/4/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 2/11/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 2/18/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 2/25/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 3/4/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 3/11/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 3/18/22 | 1800 | 80 | $1,440.00 | $12.80 | 0.625 | $1,125.00 | $709.00 | $256.00 | $965.00 | $2,895.00 |
| 3/25/22 | 675 | 30 | $0.00 | $12.80 | 0.625 | $421.88 | $805.88 | $0.00 | $805.88 | $2,417.63 |
|  |  |  |  |  |  |  | $18,170.88 | $6,400.00 | $24,570.88 | $73,712.63 |