Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
samuel@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**DECLARATION OF BILLY DURBIN** |

I, Billy Durbin, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Billy Durbin, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arizona.

1

3. I was employed by Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler ("Defendants"), from June of 2022 to December of 2022. Defendants operated a non-emergency medical transport and medical supply delivery business.

4. I worked for Defendants as a delivery driver. My employment caused me to drive to various places in Arizona to perform deliveries.

5. Defendants paid me $1 per mile driven, regardless of how many hours I worked each week.

6. As a delivery driver, my primary duties were delivering medicine and transporting people to appointments.

7. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

8. I estimate that I drove approximately 750 miles and worked 60 hours per week during my time with Defendants.

9. I frequently worked hours over 40 in a week and did not receive an overtime premium. Accordingly, I am owed an overtime premium rate equal to half the applicable Arizona minimum wage for all hours worked over 40 during my time working for Defendants.

10. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove while in my own vehicle.

Accordingly, Defendants received an unlawful "kickback" equal to the applicable IRS reimbursement rate multiplied by the number of miles I drove per week.

11. Defendants paid me nothing for my last 10 weeks of work. There had been previous issues with payment, so during my time working in this period I continued to believe I would eventually be paid.

12. Defendant owes me a total of $75,533.25 which is shown by a calculation of damages that is submitted as Exhibit 1. I am owed $25,177.75 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages. In addition, under Arizona Revised Statue § 23-355, I am entitled a further equal amount as treble damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 14 day of August, 2024.

_____
**BILLY DURBIN**

| Date | Total Estimated Miles | Total Hours | Total Pay | Minimum Wage | IRS Reimbursement Rate | Kickback | Minimum Wage Damages | OT Damages | Total Damages | Treble Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/22 | 750 | 60 | $750.00 | $12.80 | 0.585 | $438.75 | $456.75 | $128.00 | $584.75 | $1,754.25 |
| 6/8/22 | 750 | 60 | $750.00 | $12.80 | 0.585 | $438.75 | $456.75 | $128.00 | $584.75 | $1,754.25 |
| 6/15/22 | 750 | 60 | $750.00 | $12.80 | 0.585 | $438.75 | $456.75 | $128.00 | $584.75 | $1,754.25 |
| 6/22/22 | 750 | 60 | $750.00 | $12.80 | 0.585 | $438.75 | $456.75 | $128.00 | $584.75 | $1,754.25 |
| 6/29/22 | 750 | 60 | $750.00 | $12.80 | 0.585 | $438.75 | $456.75 | $128.00 | $584.75 | $1,754.25 |
| 7/6/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 7/13/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 7/20/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 7/27/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 8/3/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 8/10/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 8/17/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 8/24/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 8/31/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 9/7/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 9/14/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 9/21/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 9/28/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 10/5/22 | 750 | 60 | $750.00 | $12.80 | 0.625 | $468.75 | $486.75 | $128.00 | $614.75 | $1,844.25 |
| 10/12/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 10/19/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 10/26/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 11/2/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 11/9/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 11/16/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 11/23/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 11/30/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 12/7/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| 12/14/22 | 750 | 60 | $0.00 | $12.80 | 0.625 | $468.75 | $1,236.75 | $128.00 | $1,364.75 | $4,094.25 |
| | | | | | | | $21,465.75 | $3,712.00 | $25,177.75 | $75,533.25 |