## Matter Expense Report

| Date | Description | Amount |
|---|---|---|
| 8/28/2024 | SS PHV Fee | $100.00 |
| 2/21/2024 | TLO Search Fee | $6.00 |
| 8/3/2023 | AZ Quick Serve Service Fee and Address Trace Fee | $130.00 |
| 7/7/2023 | AZ Quick Process Service Fee | $150.00 |
| 12/20/2022 | UPS Postage | $12.55 |
| 12/15/2022 | ABC Legal Service Fee | $178.00 |
| 11/14/2022 | Service Fee to ABC Legal Services | $316.00 |
| 11/9/22 | TLO Business Search | $8.90 |
| 10/14/22 | TLO Search Fee | $8.90 |
| 9/15/22 | Filing Fee | $402.00 |
| **Total** | | $1,312.35 |