1  Sean Short (Ark. Bar No. 2015079)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  sean@sanfordlawfirm.com

5  Attorney for Plaintiffs

6             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
7                       PHOENIX DIVISION

8
   Todd Heichel, Rudy Castro, Justin              NO. 2:22-cv-1513-SMM
9  Garmendia, Joshua Holgate and Randi
   Pitts, Each Individually and on Behalf of
10 All Others Similarly Situated,
                                                  **ORDER GRANTING MOTION**
11                    Plaintiffs,                 **FOR DEFAULT JUDGMENT**

12         v.

13 Tri City Transport, LLC, SWWOOP,
   LLC, and Michael Butler,
14
                      Defendants.
15

16       The Court having reviewed the Motion for Default Judgment Against Defendants

17 Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler, and the grounds

18 therefore, finds the Motion is well taken and grants the Motion.

19       It is ORDERED that the Motion for Default Judgment Against Defendants Tri

20 City Transport, LLC, SWWOOP, LLC, and Michael Butler is GRANTED.

21

22

1

1  ORDERED on _____, ___, 2024.

2

3  _____
   **HON. STEPHEN M. MCNAMEE**
   **SENIOR UNITED STATES DISTRICT JUDGE**