IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | No. CV-22-01513-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 51),

**IT IS ORDERED directing** the Clerk of the Court to enter judgment accordingly and terminate this action.

Dated this 30th day of September, 2025.

Stephen M. McNamee
Senior United States District Judge