# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Tri City Transport LLC, et al.,<br><br>    Defendants. | **NO. CV-22-01513-PHX-SMM**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Heichel in the amount of $32,461.20, for which Defendants Tri City, Swwoop, and Michael Butler shall be liable, jointly and severally.

Plaintiff Castro will be entitled to default judgment in the amount of $32,089.50, for which Defendants Tri City, Swwoop, and Michael Butler shall be liable, jointly and severally.

Plaintiff Garmendia will be entitled to default judgment in the amount of $30,720, for which Defendants Tri City, Swwoop, and Michael Butler shall be liable, jointly and severally.

                                  Debra D. Lucas
                                  District Court Executive/Clerk of Court

September 30, 2025

                              s/ E. Aragon
                        By  Deputy Clerk