Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | No. 2:22-cv-1513-PHX-SMM<br><br>**PLAINTIFFS' MOTION FOR INCLUSION OF OPT-IN PLAINTIFFS IN DEFAULT JUDGMENT** |

Plaintiffs Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through their attorneys of Sanford Law Firm, PLLC, and for their Motion for Inclusion of Opt-in Plaintiffs in Default Judgment, state and allege as follows:

1. Plaintiffs filed this lawsuit as a collective action on September 8, 2022, alleging Defendants Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler (collectively "Defendants") violated the FLSA and Arizona wage laws in failing to pay them proper wages. ECF No. 1.

2. During the following months, Opt-in Plaintiffs Cassidy Dorius, Robin Pulis, Courtney Haddo, Roscoe Butterfield, Billy Durbin, Karly Hernandez, Domingo Limon, Shavale James Evison, Isabel Van Der Renst, and Pete Young (collectively "Opt-in Plaintiffs") each filed a signed consent to join this lawsuit. ECF Nos. 14, 17–21, 24, 27, 31.

3. Defendants failed to file an Answer or otherwise respond, and accordingly Plaintiffs did not request the Court to certify a collective action.

4. After significant effort and multiple extensions, Plaintiffs were able to properly serve all three Defendants and subsequently moved for entry default judgment (ECF No. 49), which the Court granted as to named Plaintiffs only on September 26 (ECF No. 51).

5. The Court denied default judgment as to Opt-in Plaintiffs without prejudice and directed Plaintiffs to request the Opt-ins be included as collective action plaintiffs by separate Motion.

6. Accordingly, Plaintiffs respectfully request inclusion of Opt-in Plaintiffs as collective action plaintiffs in the Court's default judgment.

7. Because all Defendants reside in Arizona, the Court has general jurisdiction over all claims against Defendants, including the claims of Opt-in Plaintiffs.

*See generally Harrington v. Cracker Barrel Old Country Store, Inc.*, 142 F.4th 678, 685 (9th Cir. 2025).

8. Moreover, the Court may properly certify a collective action because Opt-in Plaintiffs are similarly situated to Plaintiffs in this case. Following certification, Opt-in Plaintiffs may be included in the default judgment as party plaintiffs. *See Campbell v. City of Los Angeles*, 903 F.3d 1090, 1104–05 (9th Cir. 2018).

9. Plaintiffs concurrently file and incorporate into this Motion their Brief in Support.

10. In support of this Motion, Plaintiffs incorporate the following exhibits:

Ex. 1: Defendants' Secretary of State Filings.

WHEREFORE, premises considered, Plaintiffs pray that the Court certify the collective proposed by Plaintiffs and incorporate Opt-in Plaintiffs as party plaintiffs in this lawsuit; authorize default judgment against Defendants on behalf of Opt-in Plaintiffs; and award costs and a reasonable attorneys' fee and grant all other relief to which Plaintiffs may be entitled, whether specifically prayed for or not.

        Respectfully submitted,

        **TODD HEICHEL, RUDY CASTRO, JUSTIN GARMENDIA, JOSHUA HOLGATE and RANDI PITTS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com