# ENTITY INFORMATION

**Search Date and Time:** 10/9/2025 8:55:02 AM

## Entity Details

**Entity Name:**
TRI CITY TRANSPORT LLC

**Entity ID:**
L17101669

**Entity Type:**
Domestic LLC

**Entity Status:**
Active

**Formation Date:**
9/23/2011

**Reason for Status:**
In Good Standing

**Approval Date:**
9/28/2011

**Status Date:**

**Original Incorporation Date:**
9/23/2011

**Life Period:**
Perpetual

**Business Type:**

**Last Annual Report Filed:**

**Domicile State:**
Arizona

**Annual Report Due Date:**

**Years Due:**

**Original Publish Date:**
11/17/2011

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

## Statutory Agent Information

**Name:** MICHAEL BUTLER

**Appointed Status:** Active

**Attention:**

**Address:** 1237 N Renee Ave, GILBERT, AZ 85234, USA

**Agent Last Updated:** 3/12/2020

**E-mail:**

**Attention:**

**Mailing Address:** 1237 N Renee Ave, GILBERT, AZ 85234, USA

**County:** Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | MICHAEL BUTLER | | 7402 E PALO VERDE ST, PRESCOTT VALLEY, AZ, 86314, USA | 9/23/2011 | 9/28/2011 |

Page 1 of 1, records 1 to 1 of 1

## Address

**Attention:**

**Address:** 1042 WILLOW CREEK RD A101, PRESCOTT, AZ, 86301, USA

**County:** Yavapai

**Last Updated:** 9/27/2011

## Entity Principal Office Address

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search | | Document History | Name/Restructuring History |
| Return to Results | | | Pending Documents | Microfilm History |

## ENTITY INFORMATION

**Search Date and Time:** 10/9/2025 8:52:42 AM

### Entity Details

| | |
|---|---|
| **Entity Name:** | SWWOOP LLC |
| **Entity ID:** | 23037050 |
| **Entity Type:** | Domestic LLC |
| **Entity Status:** | Active |
| **Formation Date:** | 11/13/2019 |
| **Reason for Status:** | In Good Standing |
| **Approval Date:** | 12/4/2019 |
| **Status Date:** | 11/13/2019 |
| **Original Incorporation Date:** | 11/13/2019 |
| **Life Period:** | Perpetual |
| **Business Type:** | Any legal purpose |
| **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona |
| **Annual Report Due Date:** | |
| **Years Due:** | |
| **Original Publish Date:** | |

**Statutory Agent Information**

**Name:** MICHAEL BUTLER

**Appointed Status:** Active 12/4/2019

**Attention:**

**Address:** 12329 W FLORES DR , EL MIRAGE, AZ 85335, USA

**Agent Last Updated:** 12/4/2019

**E-mail:**

**Attention:**

**Mailing Address:** 12329 W FLORES DR , EL MIRAGE, AZ 85335, USA

**County:** Maricopa

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | MICHAEL ANTHONY BUTLER | | 12329 W FLORES DRIVE, EL MIRAGE, AZ, 85335, Maricopa County, USA | 11/26/2019 | 12/4/2019 |

Page 1 of 1, records 1 to 1 of 1

**Address**

**Attention:**

**Address:** 12329 W FLORES DR, EL MIRAGE, AZ, 85335, USA

**County:** Maricopa

**Last Updated:** 12/4/2019

**Entity Principal Office Address**

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search | | Document History | Name/Restructuring History |
|---|---|---|---|---|
| Return to Results | | | Pending Documents | Microfilm History |