Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 500-9744
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-PHX-SMM<br><br>**ORDER GRANTING MOTION FOR INCLUSION OF OPT-IN PLAINTIFFS IN DEFAULT JUDGMENT** |

The Court having reviewed the Motion for Inclusion of Opt-in Plaintiffs in Default Judgment, and the grounds therefore, finds the Motion is well taken, certifies a collective, and grants the Motion.

It is ORDERED that the Motion for Inclusion of Opt-in Plaintiffs in Default Judgment is GRANTED.

1     ORDERED on _____, 2025.

                                                      **HON. STEPHEN M. MCNAMEE**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**