| Date Billed On | Billed By | Description | Rate | Time | Value | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 8/15/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 8 |
| 8/24/22 | Paralegal | Work on Client's file: Defendant research | $150.00 | 0.3 | $45.00 | Case Initiation | 16 |
| 9/1/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 17 |
| 9/6/22 | Courtney Lowery | Examination of intake notes and client documents | $400.00 | 0.2 | $80.00 | Case Initiation | 18 |
| 9/6/22 | Courtney Lowery | Work on Client's file: research re defendant | $400.00 | 0.2 | $80.00 | Case Initiation | 19 |
| 9/6/22 | Courtney Lowery | PRIVILEGED INFORMATION | $400.00 | 0.1 | $40.00 | Client Communication | 21 |
| 9/6/22 | Courtney Lowery | Preparation and drafting of Complaint, Summons, and CTJs | $400.00 | 1.4 | $560.00 | Case Initiation | 22 |
| 9/6/22 | Courtney Lowery | PRIVILEGED INFORMATION | $400.00 | 0.1 | $40.00 | Client Communication | 23 |
| 9/6/22 | Courtney Lowery | PRIVILEGED INFORMATION | $400.00 | 0.2 | $80.00 | Client Communication | 24 |
| 9/7/22 | Courtney Lowery | Editing and revision of Complaint | $400.00 | 0.3 | $120.00 | Case Initiation | 28 |
| 9/7/22 | Courtney Lowery | Editing and revision of Complaint and summons; draft CTJs for new plaintiffs | $400.00 | 0.4 | $160.00 | Case Initiation | 31 |
| 9/12/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 36 |
| 9/19/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 49 |
| 9/22/22 | Karolina Viehe | Preparation and drafting of MCA Declaration | $400.00 | 1.3 | $520.00 | Collective Action | 60 |
| 10/5/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 96 |
| 10/7/22 | Paralegal | Work on Client's file: saving R Pitts docs to file | $150.00 | 1 | $150.00 | Discovery | 101 |
| 10/13/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 105 |
| 10/13/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 110 |
| 10/13/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 111 |
| 10/13/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 114 |
| 10/14/22 | Paralegal | Work on Client's file: service update; draft and request missing summons; conference with server; email update to LH; research new address for defendant service | $150.00 | 0.3 | $45.00 | Service | 115 |
| 10/18/22 | Paralegal | Work on Client's file: saving client documents to file | $150.00 | 0.5 | $75.00 | Discovery | 122 |
| 10/19/22 | Law Clerk | PRIVILEGED INFORMATION | $110.00 | 0.4 | $44.00 | Client Communication | 126 |
| 11/4/22 | Karolina Viehe | Preparation and drafting of Motion for Collective Action, Brief and other Exhibits | $400.00 | 1.5 | $600.00 | Collective Action | 137 |
| 11/11/22 | Laura Edmondson | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 139 |
| 11/11/22 | Laura Edmondson | Conference with KV (email) re: revisions to motion for conditional certification packet | $300.00 | 0.1 | $30.00 | In House Communication | 141 |
| 11/16/22 | Paralegal | Preparation and drafting of CTJ re: R. Pulis | $150.00 | 0.2 | $30.00 | Collective Action | 144 |
| 11/16/22 | Karolina Viehe | Preparation and drafting of Motion for Collective Action, Brief and other Exhibits | $400.00 | 1.5 | $600.00 | Collective Action | 145 |
| 11/21/22 | Laura Edmondson | Conference with TF (email) re: service of process status | $300.00 | 0.1 | $30.00 | In House Communication | 154 |
| 12/1/22 | Laura Edmondson | PRIVILEGED INFORMATION | $300.00 | 0.3 | $90.00 | Client Communication | 164 |
| 12/1/22 | Laura Edmondson | Conference with TF/SG re: service of process | $300.00 | 0.2 | $60.00 | In House Communication | 167 |
| 12/5/22 | Paralegal | Preparation and drafting of Motion for Extension of Time; send for edits/review; save proofs of non service; email server re proofs for Swoop | $150.00 | 0.3 | $45.00 | Service | 174 |
| 12/5/22 | Laura Edmondson | Editing and revision of motion for extension of time for service and proposed order | $300.00 | 0.5 | $150.00 | Service | 175 |
| 12/5/22 | Laura Edmondson | Conference with TF (email) re: motion for extension of time to serve and proofs of non service | $300.00 | 0.1 | $30.00 | In House Communication | 176 |
| 12/13/22 | Laura Edmondson | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 180 |
| 12/14/22 | Laura Edmondson | Conference with TW (RC Call) re: call from potential new plaintiff and service or process | $300.00 | 0.1 | $30.00 | In House Communication | 184 |
| 12/15/22 | Paralegal | Preparation and drafting of CTJ for opt-in | $150.00 | 0.2 | $30.00 | Collective Action | 186 |
| 1/4/23 | Laura Edmondson | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 200 |
| 1/11/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 203 |
| 1/11/23 | Laura Edmondson | Conference with TF (email) re: update from process server | $300.00 | 0.1 | $30.00 | In House Communication | 201 |
| 1/11/23 | Laura Edmondson | Conference with AD (email) re: status update to client | $300.00 | 0.1 | $30.00 | In House Communication | 202 |
| 1/12/23 | Paralegal | Work on Client's file: Service update; email LE | $150.00 | 0.2 | $30.00 | Service | 204 |
| 1/12/23 | Laura Edmondson | Conferences with TF (email) and SG (in person) re: service of process | $300.00 | 0.1 | $30.00 | In House Communication | 206 |
| 1/18/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 208 |
| 1/23/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 211 |
| 1/25/23 | Paralegal | Preparation and drafting of CTJ re: D. Limon | $150.00 | 0.1 | $15.00 | Collective Action | 212 |
| 2/6/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 216 |
| 2/14/23 | Laura Edmondson | Conference with SG/AD (email) re: service of process on Defendant | $300.00 | 0.1 | $30.00 | In House Communication | 222 |
| 3/1/23 | Laura Edmondson | Conference with TW/AD (RC call and in person) re: status update to client | $300.00 | 0.1 | $30.00 | In House Communication | 227 |
| 3/1/23 | Laura Edmondson | Conference with SG/TF/AD (email and in person) re: service of process | $300.00 | 0.2 | $60.00 | In House Communication | 229 |
| 3/1/23 | Stacy Gibson | Work on Client's file: review criminal records, service attempts and background search to locate defendant | $400.00 | 0.6 | $240.00 | Service | 230 |
| 3/7/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 239 |
| 3/7/23 | Laura Edmondson | Conference with TF/AD/TW (email) re: service next steps and motion for extension of time | $300.00 | 0.1 | $30.00 | In House Communication | 234 |
| 3/7/23 | Laura Edmondson | Conference with SG re: questions from client | $300.00 | 0.1 | $30.00 | In House Communication | 236 |
| 3/7/23 | Laura Edmondson | PRIVILEGED INFORMATION | $300.00 | 0.4 | $120.00 | Client Communication | 240 |
| 3/8/23 | Paralegal | Work on Client's file: draft motion for extension of time; save proofs of non service in file; TLO search and Criminal record search on defendnat; search surrounding counties; emails LE | $150.00 | 1.4 | $210.00 | Service | 241 |
| 3/9/23 | Laura Edmondson | Conference with SG (RC call) re: service of process deadline, attempts, and motion for extension of time | $300.00 | 0.3 | $90.00 | In House Communication | 242 |
| 3/9/23 | Laura Edmondson | Editing and revision of second motion for extension of service deadline and drafted proposed order | $300.00 | 0.3 | $90.00 | Service | 243 |

| Date | Person | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 3/9/23 | Laura Edmondson | Conference with AD/TF/SG re: service of process next steps; filing motion for extension of time | $300.00 | 0.2 | $60.00 | In House Communication | 245 |
| 3/9/23 | Laura Edmondson | Work on Client's file: researching additional information to serve Defendants | $300.00 | 0.6 | $180.00 | Service | 246 |
| 3/9/23 | Stacy Gibson | Work on Client's file: defendant criminal record research | $400.00 | 0.6 | $240.00 | Service | 250 |
| 3/15/23 | Paralegal | Preparation and drafting of CTJ | $150.00 | 0.2 | $30.00 | Collective Action | 262 |
| 3/28/23 | Stacy Gibson | Conference with TW re: info about defendant | $400.00 | 0.1 | $40.00 | In House Communication | 279 |
| 4/5/23 | Paralegal | Receive, read and prepare response to email(s) from TW and SG re new addresses; research new addresses and review old proofs of non service; send for service to new home address | $150.00 | 0.4 | $60.00 | In House Communication | 282 |
| 4/5/23 | Stacy Gibson | Compose electronic communication to TW with voicemail from Robin | $400.00 | 0.1 | $40.00 | In House Communication | 280 |
| 4/5/23 | Stacy Gibson | Receive, read and prepare response to email(s) from TW re: possible service locations | $400.00 | 0.1 | $40.00 | In House Communication | 281 |
| 4/14/23 | Stacy Gibson | Editing and revision of CTJ for Isabel | $400.00 | 0.1 | $40.00 | Collective Action | 286 |
| 5/10/23 | Stacy Gibson | Compose electronic communication to TF re; service update | $400.00 | 0.1 | $40.00 | In House Communication | 291 |
| 5/11/23 | Stacy Gibson | Telephone Conference(s) with AZ legal services re: new PCs, service issues | $400.00 | 0.3 | $120.00 | Service | 292 |
| 5/25/23 | Stacy Gibson | Compose electronic communication to TW re: calling potential clients | $400.00 | 0.1 | $40.00 | In House Communication | 293 |
| 5/25/23 | Stacy Gibson | Work on Client's file: defendant research | $400.00 | 0.8 | $320.00 | Service | 294 |
| 5/25/23 | Stacy Gibson | Receive, read and prepare response to email(s) from Kelly LoCascio re: service/contact with new PCs | $400.00 | 0.2 | $80.00 | In House Communication | 295 |
| 5/30/23 | Stacy Gibson | Receive, read and prepare response to email(s) from community legal services re: defendant court records | $400.00 | 0.1 | $40.00 | In House Communication | 297 |
| 5/30/23 | Stacy Gibson | Receive, read and prepare response to email(s) from community legal services re: additional PC and case info | $400.00 | 0.1 | $40.00 | In House Communication | 298 |
| 6/12/23 | Paralegal | Work on Client's file: save proofs of service; emails with SG and Law Clerk re motion for extension; research process server re same | $150.00 | 1.2 | $180.00 | Service | 302 |
| 6/12/23 | Paralegal | Compose electronic communication to Chambers re: email re: copy of Proposed Order | $150.00 | 0.2 | $30.00 | Court Communication | 314 |
| 6/12/23 | Stacy Gibson | Compose electronic communications re: extension, service, contracts | $400.00 | 0.4 | $160.00 | Service | 303 |
| 6/12/23 | Stacy Gibson | Compose electronic communications to Kelly re: process server | $400.00 | 0.1 | $40.00 | In House Communication | 304 |
| 6/12/23 | Stacy Gibson | Work on Client's file: examination of service attempts/next steps | $400.00 | 0.3 | $120.00 | Service | 306 |
| 6/12/23 | Stacy Gibson | Conference with TF re: certified mail status | $400.00 | 0.2 | $80.00 | In House Communication | 308 |
| 6/12/23 | Stacy Gibson | Draft Motion for extension, motion for alternative service | $400.00 | 3.3 | $1,320.00 | Service | 311 |
| 6/13/23 | Stacy Gibson | Work on Client's file: find defendant addresses and send instruction to TF for more service attempts | $400.00 | 1 | $400.00 | Service | 321 |
| 6/14/23 | Stacy Gibson | Compose electronic communication to law clerks re: motion for clerk's entry and affidavit | $400.00 | 0.2 | $80.00 | In House Communication | 323 |
| 6/14/23 | Stacy Gibson | Draft Motion for alternative service | $400.00 | 0.1 | $40.00 | Service | 324 |
| 6/15/23 | Stacy Gibson | Compose electronic communication to law clerks re: individual defendant research | $400.00 | 0.1 | $40.00 | In House Communication | 325 |
| 6/16/23 | Law Clerk | Perform legal research regarding AZ Rule of Civ Pro 4.1 | $110.00 | 1.1 | $121.00 | Service | 326 |
| 6/16/23 | Stacy Gibson | Examination of service research | $400.00 | 0.1 | $40.00 | Service | 327 |
| 6/16/23 | Stacy Gibson | Receive, read and prepare response to email(s) from Kelly re: new potential opt in | $400.00 | 0.1 | $40.00 | In House Communication | 329 |
| 6/16/23 | Stacy Gibson | Editing and revision of motion for clerk's entry | $400.00 | 0.6 | $240.00 | Default | 330 |
| 6/21/23 | Stacy Gibson | Conference with staff re: return of mailing | $400.00 | 0.1 | $40.00 | Service | 331 |
| 6/26/23 | Stacy Gibson | Compose electronic communication to TF re: service | $400.00 | 0.1 | $40.00 | In House Communication | 334 |
| 6/26/23 | Stacy Gibson | Compose electronic communication to TW re: potential client follow up | $400.00 | 0.1 | $40.00 | In House Communication | 335 |
| 6/27/23 | Stacy Gibson | Conference with TW re: Paul Young | $400.00 | 0.1 | $40.00 | In House Communication | 336 |
| 7/6/23 | Stacy Gibson | Editing and revision of declaration for default | $400.00 | 0.2 | $80.00 | Default | 337 |
| 7/6/23 | Stacy Gibson | Work on Client's file: exhibit prep for motion | $400.00 | 0.2 | $80.00 | Default | 338 |
| 7/6/23 | Stacy Gibson | Work on Client's file: exhibit prep | $400.00 | 0.2 | $80.00 | Default | 339 |
| 7/6/23 | Stacy Gibson | Receipt and review of 2nd returned mail | $400.00 | 0.1 | $40.00 | Service | 340 |
| 7/6/23 | Stacy Gibson | Work on Client's file: research/review proposed order rules | $400.00 | 0.2 | $80.00 | Service | 341 |
| 7/6/23 | Stacy Gibson | Compose electronic communication to TF re: service status | $400.00 | 0.1 | $40.00 | In House Communication | 344 |
| 7/7/23 | Paralegal | Receive, read and prepare response to email(s) from SG re service update; research for any new addresses; phone call re service updates | $150.00 | 1 | $150.00 | Service | 345 |
| 7/7/23 | Paralegal | Telephone Conference(s) with Process Server re new address for weekend service; email additional update to SG | $150.00 | 0.2 | $30.00 | Service | 348 |
| 7/7/23 | Stacy Gibson | Receive, read and prepare response to email(s) from TF re: service attempts/next steps | $400.00 | 0.3 | $120.00 | In House Communication | 347 |
| 7/12/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 352 |
| 7/14/23 | Stacy Gibson | PRIVILEGED INFORMATION | $400.00 | 0.1 | $40.00 | Client Communication | 354 |
| 7/14/23 | Stacy Gibson | Receive, read and prepare response to email(s) from TF and TW re: service arrangement | $400.00 | 0.1 | $40.00 | In House Communication | 356 |
| 7/14/23 | Stacy Gibson | Receive, read and prepare response to email(s) from TF re: updated service attempts | $400.00 | 0.1 | $40.00 | In House Communication | 357 |
| 7/19/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 361 |
| 7/19/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 362 |
| 7/19/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 364 |
| 8/2/23 | Paralegal | Preparation and drafting of CTJ | $150.00 | 0.2 | $30.00 | Collective Action | 370 |
| 8/3/23 | Paralegal | Receive, read and prepare response to email(s) from Process Server; email MCP; review addresses and email server | $150.00 | 0.3 | $45.00 | Service | 376 |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 9/5/23 | Paralegal | Editing and revision of Mt. for Ext./Service by Publication and Exhibits | $150.00 | 0.6 | $90.00 | Service | 389 |
| 9/8/23 | Paralegal | Editing and revision of mt for service by publication | $150.00 | 0.1 | $15.00 | Service | 391 |
| 10/5/23 | Sean Short | Receipt and review of email from paralegal regarding matter reassignment. | $400.00 | 0.1 | $40.00 | In House Communication | 398 |
| 10/5/23 | Sean Short | Conference with SB regarding case status; entering an appearance through PHV. | $400.00 | 0.1 | $40.00 | In House Communication | 399 |
| 11/2/23 | Paralegal | Work on Client's file: service update; email newspaper re proof of publication and invoice | $150.00 | 0.2 | $30.00 | Service | 406 |
| 11/2/23 | Paralegal | Receive, read and prepare response to email(s) from news paper; email for affidavit; email SB; save publication | $150.00 | 0.3 | $45.00 | Service | 407 |
| 11/10/23 | Paralegal | Work on Client's file: resend notice of publication; call with news paper | $150.00 | 0.2 | $30.00 | Service | 416 |
| 2/20/24 | Paralegal | Draft Motion for Clerks Entry of Default against M. Butler | $150.00 | 0.6 | $90.00 | Default | 422 |
| 2/20/24 | Paralegal | Preparation and drafting of Declaration of SB re entry of default | $150.00 | 0.2 | $30.00 | Default | 423 |
| 2/21/24 | Sean Short | Conference with SB regarding active duty lookup for Defendant. | $400.00 | 0.1 | $40.00 | In House Communication | 424 |
| 2/21/24 | Sean Short | Compose electronic communication to SB regarding active duty report for Defendant. | $400.00 | 0.2 | $80.00 | In House Communication | 425 |
| 2/23/24 | Paralegal | Start drafting Motion for Default & BIS | $150.00 | 0.5 | $75.00 | Default | 428 |
| 3/6/24 | Sean Short | Conference with SB regarding damages for motion for default. | $400.00 | 0.1 | $40.00 | In House Communication | 431 |
| 4/1/24 | Sean Short | Conference with SB regarding damage calculations for default. | $400.00 | 0.1 | $40.00 | In House Communication | 432 |
| 4/15/24 | Sean Short | Conference with staff regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 433 |
| 5/2/24 | Samuel Brown | PRIVILEGED INFORMATION | $300.00 | 0.2 | $60.00 | Client Communication | 434 |
| 5/7/24 | Samuel Brown | Preparation and drafting of client questionnaire for default judgment | $300.00 | 0.3 | $90.00 | Default | 435 |
| 5/23/24 | Samuel Brown | Work on Client's file: calculating potential damages | $300.00 | 1.6 | $480.00 | Default | 437 |
| 5/23/24 | Sean Short | Conference with SB regarding damage calculations. | $400.00 | 0.1 | $40.00 | In House Communication | 436 |
| 5/24/24 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.9 | $135.00 | Client Communication | 438 |
| 5/28/24 | Samuel Brown | Work on Client's file: damages calculations for Plaintiff Todd Heichel | $300.00 | 1 | $300.00 | Default | 440 |
| 5/28/24 | Sean Short | Conference with SB regarding damage calculations. | $400.00 | 0.5 | $200.00 | In House Communication | 439 |
| 6/7/24 | Samuel Brown | Work on Client's file: damages calculations for Plaintiffs Castro and Hernandez | $300.00 | 1.5 | $450.00 | Default | 443 |
| 6/18/24 | Samuel Brown | Work on Client's file: damages calculations for Plaintiffs Butterfield and Durbin | $300.00 | 1.2 | $360.00 | Default | 444 |
| 6/18/24 | Sean Short | Conference with SB regarding damage calculations. | $400.00 | 0.1 | $40.00 | In House Communication | 445 |
| 8/23/24 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.4 | $60.00 | Client Communication | 453 |
| 8/27/24 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 454 |
| 8/27/24 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.6 | $90.00 | Client Communication | 455 |
| 8/27/24 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 456 |
| 8/29/24 | Sean Short | Conference with paralegal regarding client correspondence; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 460 |
| 9/6/24 | Sean Short | Preparation and drafting of exhibits for motion for default judgment. | $400.00 | 0.8 | $320.00 | Default | 463 |
| 9/6/24 | Sean Short | Preparation and drafting of motion for default judgment and related exhibits; prepare for filing. | $400.00 | 6.5 | $2,600.00 | Default | 464 |
| 9/9/24 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 466 |
| 9/23/24 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 469 |
| 10/21/24 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 470 |
| 11/18/24 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 471 |
| 12/16/24 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 472 |
| 1/21/25 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 473 |
| 2/6/25 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 474 |
| 2/24/25 | Sean Short | Conference with paralegal regarding client correspondence; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 475 |
| 3/14/25 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 476 |
| 3/31/25 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 477 |
| 4/28/25 | Sean Short | Receive, read and prepare response to email(s) from staff regarding message from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 478 |
| 7/1/25 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 479 |
| 7/18/25 | Sean Short | Conference with paralegal regarding call from client; case status. | $400.00 | 0.1 | $40.00 | In House Communication | 480 |
| 10/1/25 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 487 |
| 10/2/25 | Sean Short | Conference with RM regarding motion to include opt-in Plaintiffs in default judgment. | $400.00 | 0.2 | $80.00 | In House Communication | 489 |
| 10/8/25 | Rebecca Matlock | Preparation and drafting of Mot to include Opt-ins in Default Judgment | $400.00 | 1.2 | $480.00 | Default | 492 |
| 10/9/25 | Rebecca Matlock | Preparation and drafting of Mot to Include Opt-ins in Default | $400.00 | 0.9 | $360.00 | Default | 493 |
| 10/10/25 | Rebecca Matlock | Preparation and drafting of Mot to Include Opt-ins in Default Judgment | $400.00 | 1.4 | $560.00 | Default | 494 |
| 10/14/25 | Sean Short | Editing and revision of motion and brief in support of inclusion of opt-in Plaintiffs in default judgment. | $400.00 | 0.3 | $120.00 | Default | 495 |
| 11/7/25 | Sean Short | Compose electronic communication to RM regarding drafting motion for fees and costs. | $400.00 | 0.1 | $40.00 | In House Communication | 501 |
| 11/12/25 | Rebecca Matlock | Preparation and drafting of fee petition: review invoice for duplicative, vague, nonbillable entries | $400.00 | 0.9 | $360.00 | Fee Petition | 502 |
| 11/12/25 | Rebecca Matlock | Preparation and drafting of fee petition: Motion, BIS, Sanford Dec | $400.00 | 1.5 | $600.00 | Fee Petition | 503 |
| 11/13/25 | Rebecca Matlock | Preparation and drafting of fee petition: Motion, BIS, Sanford Dec | $400.00 | 1 | $400.00 | Fee Petition | 504 |
| 11/14/25 | Sean Short | Editing and revision of fee petition | $400.00 | 0.5 | $200.00 | Fee Petition | 505 |
| | | **Total:** | | **64.8** | **$20,490.00** | | |