1  Sean Short (Ark. Bar No. 2015079)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 500-9744
4  sean@sanfordlawfirm.com

5  Attorney for Plaintiffs

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA
7  PHOENIX DIVISION

| | |
|---|---|
| Todd Heichel, Rudy Castro, Justin Garmendia, Joshua Holgate and Randi Pitts, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tri City Transport, LLC, SWWOOP, LLC, and Michael Butler,<br><br>Defendants. | NO. 2:22-cv-1513-SMM<br><br>**ORDER GRANTING MOTION FOR COSTS AND ATTORNEYS' FEES** |

Before the Court is Plaintiffs' Motion for Costs and Attorneys' Fees. Having considered the Motion, the supporting exhibits, and the applicable law, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs are awarded $21,802.35 in total costs and attorneys' fees pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 54(d).

1
2        ORDERED on _____, 2025.
3
                                    _____
4                                   **HON. STEPHEN M. MCNAMEE**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22