# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Heichel, et al., | NO. CV-22-01513-PHX-SMM |
| Plaintiffs, | JUDGMENT ON ATTORNEY FEES |
| v. | |
| Tri City Transport LLC, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 24, 2025, judgment is entered in favor of Plaintiffs and against Defendants in the amount of $20,490.00 in attorney fees and $1,312.35 in costs, plus post-judgment interest, for which Defendants Tri City Transport LLC, Swwoop LLC, and Michael Butler are jointly and severally liable.

Debra D. Lucas
District Court Executive/Clerk of Court

November 24, 2025

By  s/ E. Aragon
Deputy Clerk

- 2 -